NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SOLENEX, LLC,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

2023-1353

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00295-TMD, Judge Thompson M. Dietz.

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                          SOLENEX, LLC v. US

    (2)  Each side shall bear their own costs.

                                           FOR THE COURT

September 7, 2023
      Date                              /s/ Jarrett B. Perlow
                                         Jarrett B. Perlow
                                         Clerk of Court

**ISSUED AS A MANDATE:** September 7, 2023